**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 14-bk-50165 |
| Robert & Nancy Henry } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

**My Former Mailing Address was**:

Name:       Robert & Nancy Henry

Street:       814 Kelton Ave

City, State, Zip: Columbus, OH 43205

**Please be advised that effective February 8, 2016**
**my new mailing address is:**

Name:       Robert & Nancy Henry

Street:       609 Judson Ct.

City, State ,Zip: Columbus, OH 43207

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on February 8, 2016 to the following:

**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Robert & Nancy Henry
212 Fairlawn Ave.
Rittman, OH 44270

Respectfully Submitted,
/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480