**IN THE UNITED STATES BANKRUPTCY COURT**
Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No.: 14-bk-50165 |
| Nancy & Robert Henry } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

**Our Former Mailing Address was**:

Name:	Nancy & Robert Henry

Street:	99 Cullman Road

City, State, Zip: Columbus, OH 43267

**Please be advised that effective June 8, 2017
our new mailing address is:**

Name:	Nancy & Robert Henry

Street:	90 Cullman Road

City, State, Zip:   Columbus, OH 43207

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on June 8, 2017 to the following:

**Trustee:**
Faye D. English
10 West Broad Street
Suite 900
Columbus, OH 43215
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Nancy & Robert Henry
90 Cullman Road
Columbus, OH 43207

                                      Respectfully Submitted,
                                      /s/ Erin E. Schrader
                                      Erin E. Schrader (0078078)
                                      Rauser & Associates
                                      5 East Long St., Suite 300
                                      Columbus, OH 43215
                                      (614) 228-4480